# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**705**
**CAF 13-00134**
PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF THOMAS E. HORNING,
PETITIONER-RESPONDENT,

V                                                    MEMORANDUM AND ORDER

ANDREA J. MORGIA, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

LINDA M. CAMPBELL, SYRACUSE, FOR RESPONDENT-APPELLANT.

KRYSTAL M. HARRINGTON, ATTORNEY FOR THE CHILD, LOWVILLE.

SCOTT A. OTIS, ATTORNEY FOR THE CHILD, WATERTOWN.

---

Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 17, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Matter of Morgia v Horning* ([appeal No. 1] ___ AD3d ___ [July 3, 2014]).

Entered: July 3, 2014                    Frances E. Cafarell
                                         Clerk of the Court